# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 20-40124TLH4 KKS
**Case Name:** Rudnick, James Morris

**Period Ending:** 12/31/20

**Trustee:** (290720)  SHERRY CHANCELLOR
**Filed (f) or Converted (c):** 03/23/20 (f)
**§341(a) Meeting Date:** 04/27/20
**Claims Bar Date:** 07/29/20

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3836 E. Millers Bridge Rd., Tallahassee, FL 3231 | 538,904.00 | 0.00 | | 0.00 | FA |
| 2 | 1266 Cedar Center Dr., Unit B, Tallahassee, FL O | 15,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household furnishings, electronics and artwork - | 10,740.00 | 0.00 | | 0.00 | FA |
| 4 | 4 tennis racquets, 3 trek bikes, golf clubs | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous clothing, shoes and accessories | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding ring, high school class ring, college cl | 600.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | The Mary A II, LLC, 42% ownership | Unknown | 50,000.00 | | 0.00 | 50,000.00 |
| 9 | Lake of Egypt Partners, L.L.C. (Illinois), 38% o | Unknown | 0.00 | | 0.00 | FA |
| 10 | Jane, Inc. (FL), 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 11 | Epicurean Partners, Ltd., 59% ownership | Unknown | 0.00 | | 0.00 | FA |
| 12 | Barrington Park of Tallahassee, LLC, 100% owners | Unknown | 0.00 | | 0.00 | FA |
| 13 | Capitol Capital Irrevocable Trust - see attached | Unknown | 500,000.00 | | 0.00 | 500,000.00 |
| 14 | James M. Rudnick Revocable Trust (Asset: 1815 S. | Unknown | 0.00 | | 0.00 | FA |
| 15 | Surplus sale proceeds held by Leon County Clerk | Unknown | 0.00 | | 0.00 | FA |
| 16 | 0% No longer owns interest; Sold to other partne | Unknown | 0.00 | | 0.00 | FA |
| 17 | 5.04% Wetlands mitigation bank 49% No assets; Bu | 3,000,000.00 | 0.00 | | 0.00 | FA |
| 18 | Potential claims for contributions against cogua | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 20-40124TLH4 KKS  
**Case Name:** Rudnick, James Morris  

**Period Ending:** 12/31/20

**Trustee:** (290720) SHERRY CHANCELLOR  
**Filed (f) or Converted (c):** 03/23/20 (f)  
**§341(a) Meeting Date:** 04/27/20  
**Claims Bar Date:** 07/29/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Assets Totals (Excluding unknown values) | $3,567,644.00 | $550,000.00 | | $0.00 | $550,000.00 |

**Major Activities Affecting Case Closing:**

April 20 to get the schedules, etc filed.

withdrew the conclusion of the meeting as one creditor wanted to get a ruling on a question that was objected to- reset 341 once it's been ruled upon.
Agreed to extend times on discharge until Sept 26, 2020,
setting 2004 exam

Checked on status of discovery on 6/11/20- Was just served on the 9th of June.
Meeting with Edward Peterson on various issues- legal and trustee
6/12- filed proof of claim in Steven Leoni's ch 11 case for contribution on guarantee.
8/7/20- Call with proposed special counsel to discuss terms of employment
8/7/20- call with Peterson re: legal issues and possible agreement.
8/13/20- call with special counsel. discussed engagment and the law on certain aspects of what hiring to do. Also discussed waiver of conflict as well as items to put in the affidavit.
10/2 Had a tentatuve Status conference.
10/15- rece'd docs from creditor counsel (197)
10/19- received documents asked for at conference
11/4/20- moved to extend times on discharge again
week of 11/9-13- flurry of activity on many fronts: info rec'd on NC Bnk of affiliate, Have agreement in principal with the debtor on a 9019 sale; and may get offer on another asset. Discussions had and waiting on actual formal offer on 11/13/20
9019 Filed waiting for time to run (12/24/20 deadline) submit order then
Claim #2 to be withdrawn after email exchange with creditor. Not creditor of Mr. Rudnick, but of one of Rudnick entities. - SFC received on 12/29/20 and filed for creditor.
Hearing on 9019 motion set for Jan 21, 2021

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 20-40124TLH4 KKS | **Trustee:** (290720)   SHERRY CHANCELLOR |
| **Case Name:** Rudnick, James Morris | **Filed (f) or Converted (c):** 03/23/20 (f) |
| | **§341(a) Meeting Date:** 04/27/20 |
| **Period Ending:** 12/31/20 | **Claims Bar Date:** 07/29/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** May 28, 2020      **Current Projected Date Of Final Report (TFR):** February 12, 2021

_____January 26, 2021_____         /s/ SHERRY CHANCELLOR
Date                                                                                                         _____
                                                                                                                   SHERRY CHANCELLOR

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 20-40124TLH4 KKS  
**Case Name:** Rudnick, James Morris  
**Taxpayer ID #:** **-***9853  
**Period Ending:** 12/31/20  

**Trustee:** SHERRY CHANCELLOR (290720)  
**Bank Name:** Mechanics Bank  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $5,969,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8166** | 0.00 | 0.00 | 0.00 |
| | $0.00 | $0.00 | $0.00 |

{} Asset reference(s)