> **MODIFIED BY THE COURT**
>
> _April 29, 2021_
> Date
>
> Karen K. Specie
> U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

JAMES MORRIS RUDNICK,

    Debtor.
_____/

Case No. 20-40124-KKS

Chapter 7

## ORDER GRANTING JOINT MOTION OF THE DEBTOR AND SC ADVISORS TO APPROVE SETTLEMENT BY AND BETWEEN DEBTOR AND SC ADVISORS 7, LLC (Doc. No. 167)

THIS CASE came on for consideration without a hearing upon the *Joint Motion of the Debtor and SC Advisors to Approve Settlement By and Between Debtor and SC Advisors 7, LLC* (Doc. No. 167) (the "**Motion**")[1] filed pursuant to Fed. R. Bankr. P. 9019. Through the Motion, the Debtor seeks approval of a settlement with SC Advisors 7, LLC ("**SCA**"). The Motion was filed on March 25, 2021. The 14-day deadline to file a response in opposition set by Local Rule 9013-1(C)(1) was April 8, 2021, and no objections to the Motion were filed. Therefore, any requests for other and further notice shall be and hereby are dispensed with and waived, and no other or further notice is necessary. Accordingly, it is

**ORDERED:**

---

[1] Capitalized terms not defined herein shall have the same meaning as set forth in the Settlement Motion.

2

1. The Motion is granted.

2. The settlement between the Debtor and SCA is approved.

3. The parties are authorized and directed to take all actions necessary to effectuate the terms of the settlement described in the Motion.

4. The Court reserves jurisdiction to enforce the terms of this Order.

DONE AND ORDERED on _____April 29, 2021_____.

_____
Karen K. Specie
United States Bankruptcy Judge

Attorney Edward J. Peterson is directed to serve a copy of this Order on interested parties and file a certificate of service within three (3) days of entry of the Order. Prepared by Edward J. Peterson (Modified in Chambers)