MODIFIED BY THE COURT
December 15, 2021
Date

Karen K. Specie
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

In re:    Case No.: 20-40124-KKS
    JAMES MORRIS RUDNICK,    Chapter 7

    the Debtor.
_____

### ORDER GRANTING, IN PART, TRUSTEE'S MOTION
### TO APPROVE COMPROMISE AND SETTLEMENT
(ECF 277)

THIS MATTER, having come before the Court at the hearing on December 9, 2021, on the Motion to Approve Compromise or Settlement with TJC, LLC (ECF 277) (the "Motion") filed by the Chapter 7 Trustee, SHERRY F. CHANCELLOR (the "Trustee") and the Court, having reviewed the Motion and the Court file, having heard argument from counsel, and being otherwise fully advised in these premises, finds that the Motion is GRANTED, in part, as follows:

1. The Motion is GRANTED to the extent it seeks approval of the settlement and compromise with TJC, LLC.

2. The Motion is DENIED WITHOUT PRJEUDICE to the extent it seeks approval of a sale of the membership interests in The Mary A II, LLC (the "Membership Interests") free and clear of liens pursuant to 11 U.S.C. § 363.

1

3. The Trustee shall file and serve a separate Motion seeking Court approval of a sale of the Membership Interests free and clear of liens pursuant to 11 U.S.C. § 363. Interested parties properly served with such motion will have fourteen (14) days from the date the Trustee files such motion to object, failing which the Court may consider the motion unopposed and grant same.

4. The Court shall not determine any non-debtor third party's interest in the assets being sold under cover of a motion seeking approval of a sale. *See* Fed. R. Bankr. P. 7001(2) and (3).

DONE and ORDERED on December 15, 2021, 2021.

**KAREN K. SPECIE**
Chief US Bankruptcy Judge

Order prepared by: (Modified in Chambers)
Robert J. Powell, Esq.
*Special Counsel to Trustee*

Service:
Robert J. Powell shall serve this Order in accordance with applicable rules and file a certificate of such service within three (3) business days.