# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 20-40124TLH4 KKS
**Case Name:** Rudnick, James Morris

**Period Ending:** 12/31/21

**Trustee:** (290720)  SHERRY CHANCELLOR
**Filed (f) or Converted (c):** 03/23/20 (f)
**§341(a) Meeting Date:** 04/27/20
**Claims Bar Date:** 07/29/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3836 E. Millers Bridge Rd., Tallahassee, FL 3231<br>   Amended on 6/11/21 to say also exempt as tenants by entireties. | 538,904.00 | 0.00 | | 0.00 | FA |
| 2 | 1266 Cedar Center Dr., Unit B, Tallahassee, FL<br>O | 15,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household furnishings, electronics and artwork - | 10,740.00 | 0.00 | | 0.00 | FA |
| 4 | 4 tennis racquets, 3 trek bikes, golf clubs | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous clothing, shoes and accessories | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding ring, high school class ring, college cl | 600.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | The Mary A II, LLC, 42% ownership | Unknown | 50,000.00 | | 0.00 | 50,000.00 |
| 9 | Lake of Egypt Partners, L.L.C. (Illinois), 38% o | Unknown | 0.00 | | 0.00 | FA |
| 10 | Jane, Inc. (FL), 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 11 | Epicurean Partners, Ltd., 59% ownership | Unknown | 0.00 | | 0.00 | FA |
| 12 | Barrington Park of Tallahassee, LLC, 100% owners | Unknown | 0.00 | | 0.00 | FA |
| 13 | Capitol Capital Irrevocable Trust - see attached | Unknown | 500,000.00 | | 500,000.00 | FA |
| 14 | James M. Rudnick Revocable Trust (Asset: 1815 S. | Unknown | 0.00 | | 0.00 | FA |
| 15 | Surplus sale proceeds held by Leon County Clerk | Unknown | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-40124TLH4 KKS
**Case Name:** Rudnick, James Morris

**Period Ending:** 12/31/21

**Trustee:** (290720) SHERRY CHANCELLOR
**Filed (f) or Converted (c):** 03/23/20 (f)
**§341(a) Meeting Date:** 04/27/20
**Claims Bar Date:** 07/29/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | 0% No longer owns interest; Sold to other partne | Unknown | 0.00 | | 0.00 | FA |
| 17 | 5.04% Wetlands mitigation bank 49% No assets; Bu | 3,000,000.00 | 0.00 | | 0.00 | FA |
| 18 | Potential claims for contributions against cogua | Unknown | 0.00 | | 0.00 | FA |
| 18 | **Assets** Totals (Excluding unknown values) | **$3,567,644.00** | **$550,000.00** | | **$500,000.00** | **$50,000.00** |

**Major Activities Affecting Case Closing:**

April 20 to get the schedules, etc filed.

withdrew the conclusion of the meeting as one creditor wanted to get a ruling on a question that was objected to- reset 341 once it's been ruled upon.
Agreed to extend times on discharge until Sept 26, 2020,
setting 2004 exam

Checked on status of discovery on 6/11/20- Was just served on the 9th of June.
Meeting with Edward Peterson on various issues- legal and trustee
6/12- filed proof of claim in Steven Leoni's ch 11 case for contribution on guarantee.
8/7/20- Call with proposed special counsel to discuss terms of employment
8/7/20- call with Peterson re: legal issues and possible agreement.
8/13/20- call with special counsel. discussed engagment and the law on certain aspects of what hiring to do. Also discussed waiver of conflict as well as items to put in the affidavit.
10/2 Had a tentatuve Status conference.
10/15- rece'd docs from creditor counsel (197)
10/19- received documents asked for at conference

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 3

| Case Number: | 20-40124TLH4 KKS | Trustee: | (290720) SHERRY CHANCELLOR |
| --- | --- | --- | --- |
| Case Name: | Rudnick, James Morris | Filed (f) or Converted (c): | 03/23/20 (f) |
| | | §341(a) Meeting Date: | 04/27/20 |
| Period Ending: | 12/31/21 | Claims Bar Date: | 07/29/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

11/4/20- moved to extend times on discharge again

week of 11/9-13- flurry of activity on many fronts: info rec'd on NC Bnk of affiliate, Have agreement in principal with the debtor on a 9019 sale; and may get offer on another asset. Discussions had and waiting on actual formal offer on 11/13/20

9019 Filed waiting for time to run (12/24/20 deadline) submit order then

Claim #2 to be withdrawn after email exchange with creditor. Not creditor of Mr. Rudnick, but of one of Rudnick entities. - SFC received on 12/29/20 and filed for creditor.

Hearing on 9019 motion set for Jan 21, 2021

Trial on 9019 set for April 2021

2/23/21- set mediation and depos on 9019 motion

have mediated agreement- set for hearing on May 4, 2021- trial canceled

Call with Powell on 4/6/21 re: Mary A II.

4/30/21- Order signed on 9019 settlement with Debtor. Now need to deal with the Mary A one.

6/22/21- Have pending 9019 on Mary A and hearing set for June 2021 was continued to July 2021.

8/4/21 Ann Marie Bachman appointed as Accountant - Sending her initial information DAH

9/22/21 Sending additional info to AMB DAH

9/27/21 Sent additional info to Accountant

11/18/21- 2nd 9019 set for evidentiary hearing on 11/30/21

12/30/21 After the last hearings, the Judge wanted another order done wtth more specifics on the auction. Special Counsel is working on that with terms acceptable by both parties regarding the auction process.

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-40124TLH4 KKS  
**Case Name:** Rudnick, James Morris  

**Trustee:** (290720)   SHERRY CHANCELLOR  
**Filed (f) or Converted (c):** 03/23/20 (f)  
**§341(a) Meeting Date:** 04/27/20  

**Period Ending:** 12/31/21  

**Claims Bar Date:** 07/29/20  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** May 28, 2020   **Current Projected Date Of Final Report (TFR):** January 30, 2022

_____  
January 21, 2022  
Date

/s/ SHERRY CHANCELLOR  
_____  
SHERRY CHANCELLOR

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 20-40124TLH4 KKS
**Case Name:** Rudnick, James Morris

**Taxpayer ID #:** **-***9853
**Period Ending:** 12/31/21

**Trustee:** SHERRY CHANCELLOR (290720)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******8274 - Checking Account
**Blanket Bond:** $5,785,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/17/21 | {13} | James Rudnick | Funds for Compromise and Settlement approved at Doc. #174 | 1129-000 | 500,000.00 | | 500,000.00 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 293.83 | 499,706.17 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 880.98 | 498,825.19 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 799.48 | 498,025.71 |
| 08/16/21 | 101 | Sherry F. Chancellor | | 3110-000 | | 22,648.00 | 475,377.71 |
| 08/16/21 | 102 | Clark Partington | Attorney Fees | 3210-000 | | 200,000.00 | 275,377.71 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 706.25 | 274,671.46 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 440.22 | 274,231.24 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 424.87 | 273,806.37 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 468.09 | 273,338.28 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 452.69 | 272,885.59 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 500,000.00 | 227,114.41 | **$272,885.59** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 500,000.00 | 227,114.41 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$500,000.00** | **$227,114.41** | |

{} Asset reference(s)

Printed: 01/21/2022 01:30 PM    V.20.36

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 20-40124TLH4 KKS | Trustee: | SHERRY CHANCELLOR (290720) |
|---|---|---|---|
| Case Name: | Rudnick, James Morris | Bank Name: | Mechanics Bank |
| | | Account: | ******8166 - Checking Account |
| Taxpayer ID #: | **-***9853 | Blanket Bond: | $5,785,000.00  (per case limit) |
| Period Ending: | 12/31/21 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8274** | 500,000.00 | 227,114.41 | 272,885.59 |
| **Checking # ******8166** | 0.00 | 0.00 | 0.00 |
| | $500,000.00 | $227,114.41 | $272,885.59 |

{} Asset reference(s)