IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br>Rudnick, James Morris<br><br>Jim Rudnick<br><br>Debtor(s) | CASE NO. 20-40124TLH4 KKS<br><br>CHAPTER 7 |

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on February 21, 2023. If checks are not cashed within 90 days by the creditors, all remaining funds will be deposited into the registry of the Court pursuant to F.R.B.P. 3009.

Dated: February 21, 2023              /s/ SHERRY CHANCELLOR
                                      SHERRY CHANCELLOR, Trustee
                                      619 West Chase Street
                                      PENSACOLA, FL  32502
                                      (850) 436-8445
                                      Florida Bar No.: 434574
                                      sherry.chancellor@yahoo.com

TRUSTEE'S FINAL DIVIDENDS

| | | |
|---|---|---:|
| BALANCE ON HAND | | $ 334,791.36 |

CHAPTER 7 ADMINISTRATIVE EXPENSES §507(a)(1):

| | | |
|---|---|---:|
| SHERRY CHANCELLOR, Trustee | $ | 3,218.28 |
| SHERRY CHANCELLOR, Trustee | $ | 39,931.00 |
| Robert J. Powell, Trustee's Attorney | $ | 3,185.00 |
| SHERRY CHANCELLOR, Trustee's Firm Legal | $ | 1,840.00 |
| Robert J. Powell, Trustee's Attorney | $ | 180.70 |
| REMAINING BALANCE ON HAND | $ | 286,436.38 |

CHAPTER 11 ADMINISTRATIVE EXPENSES §507(a)(1):

| Claim # | Creditor | Requested | Allowed | Dividend |
|---|---|---:|---:|---:|
| REMAINING BALANCE ON HAND | | | | $ 286,436.38 |

UNSECURED CLAIMS TIMELY FILED §726(a)(2): Dividend 0.39%

| Claim # | Creditor | Allowed | Dividend |
|---|---|---:|---:|
| 3 | *Trustmark National Bank | 3,209,557.00 | 12,519.46 |
| 4 | BBX Capital Asset Management, LLC | 14,966,436.85 | 58,379.25 |
| 5 | Pensco Trust Co. FBO Mark Hershey | 50,000.00 | 195.03 |
| 6 | Cedar Woods Office Owners Association | 91,000.00 | 354.96 |
| 7 | Speedwell Partners | 18,749.92 | 73.14 |
| 8 | Gary Schoeny | 50,000.00 | 195.03 |
| 9 | Cadence Bank, N.A. | 2,965,789.01 | 11,568.58 |
| 10 | Cadence Bank, N.A. | 2,680,092.42 | 10,454.17 |
| 11 | Sprint Corp | 4,382.07 | 17.09 |
| 12 | JTS Capital 2, LLC | 7,251,508.99 | 28,285.79 |
| 13 | Keith Snyder | 0.00 | 0.00 |
| 14 | TNE Investments, LLC | 0.00 | 0.00 |
| 15 | TNE Investments, LLC | 0.00 | 0.00 |
| 17 | Richard P. Wallin | 57,038.39 | 222.49 |
| 18 | Florida Asset Resolution Group, LLC | 4,854,876.91 | 18,937.31 |
| 19 | Jeffrey Tennis | 0.00 | 0.00 |
| 20 | Jeffrey Tennis | 0.00 | 0.00 |
| 21 | Jeffrey Tennis | 44,300.00 | 172.80 |
| 22 | Jane Tennis | 62,250.00 | 242.82 |
| 23 | Pensco Trust Co. FBO Gary K Barringer | 110,000.00 | 429.07 |
| 24 | Moteng Funding, LLC | 2,849,649.97 | 11,115.56 |
| 25 | Pensco Trust Co. FBO Dana Bradley | 50,000.00 | 195.03 |
| 26 | Marc C. Romeo | 50,000.00 | 195.03 |
| 27 | Bally Beau Enterprises, Inc | 62,500.00 | 243.79 |
| 28 | Jim Rudnic | 62,500.00 | 243.79 |
| 30 | Moteng Funding, LLC | 100,000.00 | 390.07 |
| 31 | Miriam Weaver/Greg Weaver POA | 75,000.00 | 292.55 |
| 32 | Dr. Paul Carl Drago | 375,000.00 | 1,462.75 |
| 33 | Dr. Paul Carl Drago | 100,000.00 | 390.07 |
| 34 | Bret D Chapman | 150,000.00 | 585.10 |
| 35 | Bret D Chapman Revocable Trust | 0.00 | 0.00 |
| 36 | MSHR, Inc. | 313,906.23 | 1,224.45 |
| 37 | Dennis L. Adams | 75,000.00 | 292.55 |
| 39 | Raeford Simmons | 50,000.00 | 195.03 |

| # | Name | Amount | Amount 2 |
|---|------|-------:|---------:|
| 40 | Erndit, LLC | 200,000.00 | 780.14 |
| 41 | Robin Bradley | 100,000.00 | 390.07 |
| 42 | Bryant Boys, LLC | 25,000.00 | 97.52 |
| 43 | Dana Bradley | 25,000.00 | 97.52 |
| 44 | Randy Jeryl Bates II | 65,000.00 | 253.54 |
| 45 | Louise Thompson | 25,000.00 | 97.52 |
| 46 | Snow Angel Investments, LLC | 100,000.00 | 390.07 |
| 47 | Christiano Luchetta | 342,500.00 | 1,335.98 |
| 48 | Pensco Trust Co FBO Charles G. Hooper | 0.00 | 0.00 |
| 49 | Vijay Daswani | 946,542.00 | 3,692.15 |
| 50 | Southern Performance Group, Inc. | 43,125.00 | 168.22 |
| 51 | MWH Holdings - Marlin S Hershey | 50,000.00 | 195.03 |
| 52 | Richard Rockefeller | 43,125.00 | 168.22 |
| 53 | Gideon and Rhonda Lapp | 0.00 | 0.00 |
| 54 | IRA Innovations FBO Marlin S Hershey | 75,000.00 | 292.55 |
| 55 | IRA Innovations FBO Marlin S Hershey | 25,000.00 | 97.52 |
| 56 | Scott Seamans | 100,000.00 | 390.07 |
| 57 | SC Advisors 7, LLC | 4,375,000.00 | 17,065.46 |
| 58 | Garment District Holdings LLC | 118,333.26 | 461.58 |
| 59 | Prubjeet Singh Khurana | 59,166.74 | 230.79 |
| 60 | Helene D. Bradley | 125,000.00 | 487.58 |
| 61 | Equity Trust Co FBO: David Hoe | 100,000.00 | 390.07 |
| 62 | Equity Trust Co FBO: David Hoe | 50,000.00 | 195.03 |
| 63 | Alan Pierre | 366,364.66 | 1,429.07 |
| 64 | Jeff Pierre | 673,211.13 | 2,625.98 |
| 65 | Edward Sanderson Hoe | 20,000.00 | 78.01 |
| 66 | Trusted Benefit Advisors | 75,000.00 | 292.55 |
| 68 | Malik Enterprises LLC | 0.00 | 0.00 |
| 69 | Julie B. Kohlenberg-Tache | 307,687.57 | 1,200.19 |
| 70 | Pacific Premier Trst FBO Julie B. Kohelnberg-Tache | 110,083.37 | 429.40 |
| 71 | Marcus Hoy | 50,000.00 | 195.03 |
| 72 | Marcus Hoy | 100,000.00 | 390.07 |
| 73 | IRA Innovations FBO Paul Price | 84,000.00 | 327.66 |
| 74 | Victor Neill | 0.00 | 0.00 |
| 75 | *AM32304WG, LLC | 23,492,379.72 | 91,636.19 |
| 76 | The Vault Tallahassee, LLC | 0.00 | 0.00 |
| 77 | Steven Bowen | 0.00 | 0.00 |
| 78U | Phyllis Sturkey | 50,000.00 | 195.03 |
| 79 | Ronald Stromple | 100,000.00 | 390.07 |
| 80 | Trusted Benefit Advisors | 0.00 | 0.00 |
| 81U | AERL, L.C. | 231,424.25 | 902.71 |
| 84 | Debra H Sturkey | 50,000.00 | 195.03 |

REMAINING BALANCE ON HAND                                              $         0.00