UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE: **Rudnick, James**  CASE NUMBER: 20-40124TLH4
  CHAPTER: 7
DEBTOR(S)

### TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW,** Sherry F. Chancellor, Trustee, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

| Unclaimed Fund Check Number: | Amount: | Payee Name & Address: |
|---|---|---|
| 114 | $354.96 | Cedar Woods Office Owners Association<br>1278 Cedar Center Drive<br>Tallahassee, FL 32301 |
| 126 | $243.79 | Bally Beau Enterprises, Inc.<br>19826 River Falls Dr.<br>Davidson, NC 28036 |
| 150 | $1,429.07 | Alan Pierre<br>Moore & Van Allen PLLC,<br>Attn Gabriel Mathless<br>100 N. Tryon St. Ste 4700<br>Charlotte, NC 28202-2820 |
| 152 | $78.01 | Edward Sanderson Hope<br>6513 Clagett Avenue<br>Tracys Landing, MD 20779 |
| 153 | $292.55 | Trusted Benefit Advisors<br>4927 Charlton Lane<br>Charlotte, NC 28210 |

1. The name and address listed for the Payee is the most recent address contained in the Court's records, to wit:

    ■ Proof of Claim Number: 6, 27, 63, 65, 66

    ☐ Schedules;

☐ Notice of Transfer/Assignment of Claim;

☐ Correspondence in writing with Payee;

☐ Other (Provide Explanation and any Case Docket citation):

_____

_____

2. Check(s) mailed to the above-listed Payee(s) at the address listed above have been:

 ☐ Returned by the United States Postal Service marked "Forwarding Time Expired/Unable to Forward." Trustee has made a good faith effort to verify/obtain the correct mailing address and deliver funds to Payee before presenting this notice;

 ☐ Refused by Payee;

 ☒ Disbursed and check has not been negotiated;

 ☐ Other (Provide Explanation):  .

3. Trustee has stopped payment on outstanding unclaimed fund check(s) identified in this Notice.

4. Any check(s) which were undeliverable by the United States Postal Service are in the Trustee's files.

5. Pursuant to the provisions of 11 U.S.C. § 347, simultaneously with filing this Notice the Trustee has delivered a check to the Clerk of this Court equal to the amounts listed above for each Payee, for deposit into the Court's Registry.

6. An applicant requesting reimbursement for Unclaimed Funds deposited with the Court must complete an "Application for Payment of Unclaimed Funds."  This form and instructions can be located on the Court's website:  http://www.flnb.uscourts.gov/ under Court Resources.

Respectfully submitted,

/ /s/ SHERRY F. CHANCELLOR
**SHERRY F. CHANCELLOR**
619 West Chase St.
Pensacola, Florida 32502
(850) 436-8445
Fla Bar No.: 434574

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to James Rudnick, c/o Edward J. Peterson, epeterson@srbp.com, and Adisley Cortez-Rodriguez, Assistant United States Trustee, USTPRegion21.TL.ECF@usdoj.gov electronically and Cedar Woods Office Owners Association, 1278 Cedar Center Drive, Tallahassee, FL 32301 Bally Beau Enterprises, Inc., 19826 River Falls Dr., Davidson, NC 28036, Alan Pierre, Moore & Van Allen PLLC, Attn Gabriel Mathless, 100 N. Tryon St. Ste 4700, Charlotte, NC 28202-2820, Edward Sanderson Hope, 6513 Clagett Avenue, Tracys Landing, MD 20779, Trusted Benefit Advisors, 4927 Charlton Lane, NC 28210 via US Mail the 23rd day of May 2023.

/s/ SHERRY F. CHANCELLOR
SHERRY F. CHANCELLOR