IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br>Rudnick, James Morris<br><br>Jim Rudnick<br><br>　　　　　Debtor(s) | CASE NO. 20-40124TLH4 KKS<br><br>CHAPTER 7 |

## TRUSTEE'S NOTICE OF SUPPLEMENTAL DIVIDENDS TO CREDITORS

　　The trustee herein files this Notice of Dividends to the creditors of this estate.  Attached hereto is the Trustee's Supplemental Dividend made to creditors.

　　The dividend checks were mailed to creditors on July 19, 2023.  If checks are not cashed within 90 days by the creditors, all remaining funds will be deposited into the registry of the Court pursuant to F.R.B.P. 3009.

Dated: July 19, 2023

/s/ SHERRY CHANCELLOR
SHERRY CHANCELLOR, Trustee
619 West Chase Street
PENSACOLA, FL   32502
(850) 436-8445
Florida Bar No.: 434574
sherry.chancellor@yahoo.com

# Claims Proposed Distribution

## Case:  20-40124TLH4   Rudnick, James Morris

| **Case Balance:** | $12.50 | **Total Proposed Payment:** | $12.50 | **Remaining Balance:** | $0.00 | | |
|---|---|---|---|---|---|---|---|
| **Claim #** | **Claimant Name** | **Type** | **Amount Filed** | **Amount Allowed** | **Paid to Date** | **Claim Balance** | **Proposed Payment** | **Remaining Funds** |
| 1 | Doris Maloy, Leon County Tax Collector | Secured | 43,647.80 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| 2 | RAM Tax Lien Fund LP | Secured | 6,899.40 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| 16 | RAM Tax Lien Fund LP | Secured | 6,899.40 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| 29 | Kyle Fadeley | Secured | 97,127.94 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| 38 | Dennis L. Adams | Secured | 75,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| 67 | TJC, LLC | Secured | 455,580.90 | 442,323.77 | 442,323.77 | 0.00 | 0.00 | 12.50 |
| 78S | Phyllis Sturkey | Secured | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| 82 | Carolyn Stone | Secured | 150,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| 83 | Martha Hershey | Secured | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| 85 | Pensco Trust Co. FBO Mary Howard | Secured | 25,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| | Ann Marie Bachman <3420-00  Accountant for Trustee Expenses (Other Firm)> | Admin Ch. 7 | 70.00 | 70.00 | 70.00 | 0.00 | 0.00 | 12.50 |
| | Ann Marie Bachman <3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 1,932.80 | 1,932.80 | 1,932.80 | 0.00 | 0.00 | 12.50 |
| | Clark Partington <3210-00  Attorney for Trustee Fees (Other Firm)> | Admin Ch. 7 | 183,635.88 | 183,635.88 | 183,635.88 | 0.00 | 0.00 | 12.50 |
| | Robert J. Powell <3220-00  Attorney for Trustee Expenses (Other Firm)> | Admin Ch. 7 | 697.35 | 697.35 | 697.35 | 0.00 | 0.00 | 12.50 |
| | Robert J. Powell <3210-00  Attorney for Trustee Fees (Other Firm)> | Admin Ch. 7 | 75,513.81 | 75,513.81 | 75,513.81 | 0.00 | 0.00 | 12.50 |
| | SHERRY CHANCELLOR <2200-00  Trustee Expenses> | Admin Ch. 7 | 3,218.28 | 3,205.78 | 3,205.78 | 0.00 | 0.00 | 12.50 |
| | SHERRY CHANCELLOR <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 36,576.00 | 36,576.00 | 36,576.00 | 0.00 | 0.00 | 12.50 |
| | SHERRY CHANCELLOR <2100-00  Trustee Compensation> | Admin Ch. 7 | 39,931.00 | 39,931.00 | 39,931.00 | 0.00 | 0.00 | 12.50 |
| 3 | *Trustmark National Bank | Unsecured | 3,209,557.00 | 3,209,557.00 | 12,519.46 | 3,197,037.54 | 0.54 | 11.96 |
| 4 | BBX Capital Asset Management, LLC | Unsecured | 14,966,436.85 | 14,966,436.85 | 58,379.25 | 14,908,057.60 | 2.54 | 9.42 |
| 5 | Pensco Trust Co. FBO Mark Hershey | Unsecured | 50,000.00 | 50,000.00 | 195.03 | 49,804.97 | 0.02 | 9.40 |
| 6 | Cedar Woods Office Owners Association | Unsecured | 91,000.00 | 91,000.00 | 354.96 | 90,645.04 | 0.03 | 9.37 |
| 7 | Speedwell Partners | Unsecured | 18,749.92 | 18,749.92 | 73.14 | 18,676.78 | 0.01 | 9.36 |
| 8 | Gary Schoeny | Unsecured | 50,000.00 | 50,000.00 | 195.03 | 49,804.97 | 0.02 | 9.34 |
| 9 | Cadence Bank, N.A. | Unsecured | 2,965,789.01 | 2,965,789.01 | 11,568.58 | 2,954,220.43 | 0.52 | 8.82 |

# Claims Proposed Distribution

## Case: 20-40124TLH4   Rudnick, James Morris

**Case Balance:** $12.50  **Total Proposed Payment:** $12.50  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 10 | Cadence Bank, N.A. | Unsecured | 2,680,092.42 | 2,680,092.42 | 10,454.17 | 2,669,638.25 | 0.47 | 8.35 |
| 11 | Sprint Corp | Unsecured | 4,382.07 | 4,382.07 | 17.09 | 4,364.98 | 0.00 | 8.35 |
| 12 | JTS Capital 2, LLC | Unsecured | 7,251,508.99 | 7,251,508.99 | 28,285.79 | 7,223,223.20 | 1.24 | 7.11 |
| 13 | Keith Snyder | Unsecured | 5,000.01 | 0.00 | 0.00 | 0.00 | 0.00 | 7.11 |
| 14 | TNE Investments, LLC | Unsecured | 23,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.11 |
| 15 | TNE Investments, LLC | Unsecured | 29,167.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.11 |
| 17 | Richard P. Wallin | Unsecured | 57,038.39 | 57,038.39 | 222.49 | 56,815.90 | 0.01 | 7.10 |
| 18 | Florida Asset Resolution Group, LLC | Unsecured | 4,854,876.91 | 4,854,876.91 | 18,937.31 | 4,835,939.60 | 0.82 | 6.28 |
| 19 | Jeffrey Tennis | Unsecured | 146,670.77 | 0.00 | 0.00 | 0.00 | 0.00 | 6.28 |
| 20 | Jeffrey Tennis | Unsecured | 103,666.64 | 0.00 | 0.00 | 0.00 | 0.00 | 6.28 |
| 21 | Jeffrey Tennis | Unsecured | 44,300.00 | 44,300.00 | 172.80 | 44,127.20 | 0.01 | 6.27 |
| 22 | Jane Tennis | Unsecured | 62,250.00 | 62,250.00 | 242.82 | 62,007.18 | 0.01 | 6.26 |
| 23 | Pensco Trust Co. FBO Gary K Barringer | Unsecured | 110,000.00 | 110,000.00 | 429.07 | 109,570.93 | 0.02 | 6.24 |
| 24 | Moteng Funding, LLC | Unsecured | 2,849,649.97 | 2,849,649.97 | 11,115.56 | 2,838,534.41 | 0.49 | 5.75 |
| 25 | Pensco Trust Co. FBO Dana Bradley | Unsecured | 50,000.00 | 50,000.00 | 195.03 | 49,804.97 | 0.01 | 5.74 |
| 26 | Marc C. Romeo | Unsecured | 50,000.00 | 50,000.00 | 195.03 | 49,804.97 | 0.01 | 5.73 |
| 27 | Bally Beau Enterprises, Inc | Unsecured | 62,500.00 | 62,500.00 | 243.79 | 62,256.21 | 0.01 | 5.72 |
| 28 | Jim Rudnic | Unsecured | 62,500.00 | 62,500.00 | 243.79 | 62,256.21 | 0.01 | 5.71 |
| 30 | Moteng Funding, LLC | Unsecured | 100,000.00 | 100,000.00 | 390.07 | 99,609.93 | 0.01 | 5.70 |
| 31 | Miriam Weaver/Greg Weaver POA | Unsecured | 75,000.00 | 75,000.00 | 292.55 | 74,707.45 | 0.01 | 5.69 |
| 32 | Dr. Paul Carl Drago | Unsecured | 375,000.00 | 375,000.00 | 1,462.75 | 373,537.25 | 0.07 | 5.62 |
| 33 | Dr. Paul Carl Drago | Unsecured | 100,000.00 | 100,000.00 | 390.07 | 99,609.93 | 0.01 | 5.61 |
| 34 | Bret D Chapman | Unsecured | 150,000.00 | 150,000.00 | 585.10 | 149,414.90 | 0.03 | 5.58 |
| 35 | Bret D Chapman Revocable Trust | Unsecured | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.58 |
| 36 | MSHR, Inc. | Unsecured | 313,906.23 | 313,906.23 | 1,224.45 | 312,681.78 | 0.05 | 5.53 |
| 37 | Dennis L. Adams | Unsecured | 75,000.00 | 75,000.00 | 292.55 | 74,707.45 | 0.01 | 5.52 |
| 39 | Raeford Simmons | Unsecured | 50,000.00 | 50,000.00 | 195.03 | 49,804.97 | 0.01 | 5.51 |
| 40 | Erndit, LLC | Unsecured | 200,000.00 | 200,000.00 | 780.14 | 199,219.86 | 0.03 | 5.48 |
| 41 | Robin Bradley | Unsecured | 100,000.00 | 100,000.00 | 390.07 | 99,609.93 | 0.01 | 5.47 |
| 42 | Bryant Boys, LLC | Unsecured | 25,000.00 | 25,000.00 | 97.52 | 24,902.48 | 0.00 | 5.47 |
| 43 | Dana Bradley | Unsecured | 25,000.00 | 25,000.00 | 97.52 | 24,902.48 | 0.00 | 5.47 |
| 44 | Randy Jeryl Bates II | Unsecured | 65,000.00 | 65,000.00 | 253.54 | 64,746.46 | 0.02 | 5.45 |

# Claims Proposed Distribution

### Case: 20-40124TLH4   Rudnick, James Morris

| Case Balance: | $12.50 | Total Proposed Payment: | $12.50 | Remaining Balance: | $0.00 | | |
|---|---|---|---|---|---|---|---|
| **Claim #** | **Claimant Name** | **Type** | **Amount Filed** | **Amount Allowed** | **Paid to Date** | **Claim Balance** | **Proposed Payment** | **Remaining Funds** |
| 45 | Louise Thompson | Unsecured | 25,000.00 | 25,000.00 | 97.52 | 24,902.48 | 0.00 | 5.45 |
| 46 | Snow Angel Investments, LLC | Unsecured | 100,000.00 | 100,000.00 | 390.07 | 99,609.93 | 0.01 | 5.44 |
| 47 | Christiano Luchetta | Unsecured | 342,500.00 | 342,500.00 | 1,335.98 | 341,164.02 | 0.06 | 5.38 |
| 48 | Pensco Trust Co FBO Charles G. Hooper | Unsecured | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.38 |
| 49 | Vijay Daswani | Unsecured | 946,542.00 | 946,542.00 | 3,692.15 | 942,849.85 | 0.17 | 5.21 |
| 50 | Southern Performance Group, Inc. | Unsecured | 43,125.00 | 43,125.00 | 168.22 | 42,956.78 | 0.00 | 5.21 |
| 51 | MWH Holdings - Marlin S Hershey | Unsecured | 50,000.00 | 50,000.00 | 195.03 | 49,804.97 | 0.01 | 5.20 |
| 52 | Richard Rockefeller | Unsecured | 43,125.00 | 43,125.00 | 168.22 | 42,956.78 | 0.00 | 5.20 |
| 53 | Gideon and Rhonda Lapp | Unsecured | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.20 |
| 54 | IRA Innovations FBO Marlin S Hershey | Unsecured | 75,000.00 | 75,000.00 | 292.55 | 74,707.45 | 0.01 | 5.19 |
| 55 | IRA Innovations FBO Marlin S Hershey | Unsecured | 25,000.00 | 25,000.00 | 97.52 | 24,902.48 | 0.00 | 5.19 |
| 56 | Scott Seamans | Unsecured | 100,000.00 | 100,000.00 | 390.07 | 99,609.93 | 0.01 | 5.18 |
| 57 | SC Advisors 7, LLC | Unsecured | 4,775,000.00 | 4,375,000.00 | 17,065.46 | 4,357,934.54 | 0.75 | 4.43 |
| 58 | Garment District Holdings LLC | Unsecured | 118,333.26 | 118,333.26 | 461.58 | 117,871.68 | 0.02 | 4.41 |
| 59 | Prubjeet Singh Khurana | Unsecured | 59,166.74 | 59,166.74 | 230.79 | 58,935.95 | 0.01 | 4.40 |
| 60 | Helene D. Bradley | Unsecured | 125,000.00 | 125,000.00 | 487.58 | 124,512.42 | 0.03 | 4.37 |
| 61 | Equity Trust Co FBO: David Hoe | Unsecured | 100,000.00 | 100,000.00 | 390.07 | 99,609.93 | 0.01 | 4.36 |
| 62 | Equity Trust Co FBO: David Hoe | Unsecured | 50,000.00 | 50,000.00 | 195.03 | 49,804.97 | 0.01 | 4.35 |
| 63 | Alan Pierre | Unsecured | 366,364.66 | 366,364.66 | 1,429.07 | 364,935.59 | 0.06 | 4.29 |
| 64 | Jeff Pierre | Unsecured | 673,211.13 | 673,211.13 | 2,625.98 | 670,585.15 | 0.11 | 4.18 |
| 65 | Edward Sanderson Hoe | Unsecured | 20,000.00 | 20,000.00 | 78.01 | 19,921.99 | 0.01 | 4.17 |
| 66 | Trusted Benefit Advisors | Unsecured | 75,000.00 | 75,000.00 | 292.55 | 74,707.45 | 0.01 | 4.16 |
| 68 | Malik Enterprises LLC | Unsecured | 418,256.88 | 0.00 | 0.00 | 0.00 | 0.00 | 4.16 |
| 69 | Julie B. Kohlenberg-Tache | Unsecured | 307,687.57 | 307,687.57 | 1,200.19 | 306,487.38 | 0.05 | 4.11 |
| 70 | Pacific Premier Trst FBO Julie B. Kohelnberg-Tache | Unsecured | 110,083.37 | 110,083.37 | 429.40 | 109,653.97 | 0.02 | 4.09 |
| 71 | Marcus Hoy | Unsecured | 50,000.00 | 50,000.00 | 195.03 | 49,804.97 | 0.01 | 4.08 |
| 72 | Marcus Hoy | Unsecured | 100,000.00 | 100,000.00 | 390.07 | 99,609.93 | 0.01 | 4.07 |
| 73 | IRA Innovations FBO Paul Price | Unsecured | 84,000.00 | 84,000.00 | 327.66 | 83,672.34 | 0.01 | 4.06 |

Printed: 07/18/23 02:49 PM                                                                                                          Page: 4

# Claims Proposed Distribution

## Case:  20-40124TLH4   Rudnick, James Morris

**Case Balance:** $12.50        **Total Proposed Payment:** $12.50        **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 74 | Victor Neill | Unsecured | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.06 |
| 75 | *AM32304WG, LLC | Unsecured | 23,492,379.72 | 23,492,379.72 | 91,636.19 | 23,400,743.53 | 3.99 | 0.07 |
| 76 | The Vault Tallahassee, LLC | Unsecured | 1,778,359.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 |
| 77 | Steven Bowen | Unsecured | 33,333.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 |
| 78U | Phyllis Sturkey | Unsecured | 50,000.00 | 50,000.00 | 195.03 | 49,804.97 | 0.01 | 0.06 |
| 79 | Ronald Stromple | Unsecured | 100,000.00 | 100,000.00 | 390.07 | 99,609.93 | 0.01 | 0.05 |
| 80 | Trusted Benefit Advisors | Unsecured | 75,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 |
| 81U | AERL, L.C. | Unsecured | 231,424.25 | 231,424.25 | 902.71 | 230,521.54 | 0.04 | 0.01 |
| 84 | Debra H Sturkey | Unsecured | 50,000.00 | 50,000.00 | 195.03 | 49,804.97 | 0.01 | 0.00 |
| NOTFILED | AERL, LC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AM32304WG, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ameris Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Andrew Gosling | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BBX Capital Asset Management, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Beach Community Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bouk Managment | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Boyd & Durant | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bret D ChapmanRevocable Trust | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CRE/ADC Venture 2013-1 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cadence Bank, N.A. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Calvin Ewell | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CertusBank, N.A. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chris Hazlett | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Christiano Luchetta | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Claims Proposed Distribution

### Case: 20-40124TLH4   Rudnick, James Morris

| **Case Balance:** | $12.50 | **Total Proposed Payment:** | $12.50 | **Remaining Balance:** | $0.00 | |
|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Christopher Kwiatkowski | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Claude Davis | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | David Gardner | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ed Bice Jr | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Elizabeth Martin | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Equity Trust Co FBO Chad Hurst | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Equity Trust Co FBO: David Hoe | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ernest Kraft | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Eugene Risser | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Citizens Bank and Trust | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida Asset Resolution Group, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fran Schmehl c/o FOX | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Garment District Holdings, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | George and Edith Pierre Trust | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | George and Edith Pierre Trust | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Georgia Primary Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gerald Deardorff | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gideon & Rhonda Lapp | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Greg Young | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hanover Insurance | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Claims Proposed Distribution

### Case: 20-40124TLH4    Rudnick, James Morris

| Case Balance: | $12.50 | Total Proposed Payment: | $12.50 | Remaining Balance: | $0.00 | | |
|---|---|---|---|---|---|---|---|
| **Claim #** | **Claimant Name** | **Type** | **Amount Filed** | **Amount Allowed** | **Paid to Date** | **Claim Balance** | **Proposed Payment** | **Remaining Funds** |
| NOTFILED | Helen Becker | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Helene Bradley | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Heritage Bank of the South | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Howard Zimmerman | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRA Innovations, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRA Innovations, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRA Innovations, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRA Innovations, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRA Innovations, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRA Innovations, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRA Innovations, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRA Services Trust Co | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | JB Kohlenberg-Tache | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | James Davis | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | James Hess | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jane Tennis | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jay Nielson | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jeff Pierre | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jeff Tennis | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jeffrey Tennis | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Claims Proposed Distribution

### Case:  20-40124TLH4   Rudnick, James Morris

| **Case Balance:** | $12.50 | **Total Proposed Payment:** | $12.50 | **Remaining Balance:** | $0.00 | | |
|---|---|---|---|---|---|---|---|
| **Claim #** | **Claimant Name** | **Type** | **Amount Filed** | **Amount Allowed** | **Paid to Date** | **Claim Balance** | **Proposed Payment** | **Remaining Funds** |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Jennifer Risser | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | K & G Ventures | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kae Wagner | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kathleen Gerten | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Keith Snyder | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kenneth Miller | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kenneth Rieger | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | KeyBank Real Estate Capital | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kimberley Bradley | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lamar B Lutz | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Leo Neff | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Linda Price | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Linford Weaver | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MSHR, Inc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MSHR, Inc (Melanie Rockfeller) | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MWH Holdings, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Madelyn Buckwalter | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Malik Enterprises, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Marc Romeo | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Margie Bidlingmaier | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Claims Proposed Distribution

### Case: 20-40124TLH4   Rudnick, James Morris

| **Case Balance:** | $12.50 | **Total Proposed Payment:** | $12.50 | **Remaining Balance:** | $0.00 | | |
|---|---|---|---|---|---|---|---|
| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
| NOTFILED | Marianne Provenzola | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mark Hess | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mark Neff | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Martha Hershey | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mary A Fowler | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Michael Dickson | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Miriam Weaver | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PPV, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Papillon Financial Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Patricia Marks | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paul C. Drago | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paul Stokes | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co FBO Carolyn Stone | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co FBO Eugene Risser | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co FBO Gary Barringer | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co FBO Kyle Fadeley | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co FBO Paul C. Drago | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co. FBO Chad Hurst | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co. FBO Debra Sturkey | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co. FBO Dennis L Adams | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Claims Proposed Distribution

### Case:  20-40124TLH4   Rudnick, James Morris

| **Case Balance:** | $12.50 | **Total Proposed Payment:** | $12.50 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Pensco Trust Co. FBO Gary K Barringer | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co. FBO Gary Schoeny | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co. FBO Joe Bost | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co. FBO Julie K. Tache | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co. FBO Lamar B. Lutz | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co. FBO Mary Howard | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co. FBO Nancy Bigonette | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pensco Trust Co. FBO Scott Chatham | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Peter Seamans | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Philip Vineyard | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Phyllis Sturkey | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Prubjeet Singh Khurana | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Randall Lowery | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Randy Jeryl Bates II | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Regions Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Regions Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Richard Rockefeller | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Richard Wallin | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Robert Fish | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Robert Palmer | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case: 20-40124TLH4    Rudnick, James Morris

| Case Balance: | $12.50 | | Total Proposed Payment: | $12.50 | Remaining Balance: | | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Robert Van Epps | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Robin Bradley | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Roy Hess | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SC Advisors 7, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SC Advisors VII, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sandra Simmons | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sarah V Brush | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sevier County Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sevier County Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sevier County Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Snow Angel Investments, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Southern Atlantic Electric Co. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Southern Performance Group, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Speedwell Partners | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Spring Street Capital | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | State Bank & Trust Co. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sterling Flower Partnership | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Steven Bowen | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Steven Steinsnyder | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sun Glass & Door Co. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case: 20-40124TLH4   Rudnick, James Morris

| **Case Balance:** | $12.50 | **Total Proposed Payment:** | $12.50 | **Remaining Balance:** | $0.00 | | |
|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | TJC, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TNE Investments, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Thomas Dickson | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Trusted Benefit Advisors | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Trustmark National Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Various Noteholders | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Various Noteholders | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Various Noteholders | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Various Noteholders | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Victor Neill | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Vijay Daswani | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wendy Colthart | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | William Bott | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | William Burroughs | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | William Detterer | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | William Dickson | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | William J. Oehme | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Willilam Bott | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 86 | CadleRock Joint Venture, L.P. | Unsecured | 4,564,755.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case: 20-40124TLH4  Rudnick, James Morris

| Case Balance: | $12.50 | Total Proposed Payment: | $12.50 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 20-40124TLH4 : | | $82,511,920.63 | $74,216,366.88 | $1,070,322.77 | $73,146,044.11 | $12.50 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $341,575.12 | $341,562.62 | $341,562.62 | $0.00 | 100.000000% |
| Total Secured Claims : | $960,155.44 | $442,323.77 | $442,323.77 | $0.00 | 100.000000% |
| Total Unsecured Claims : | $81,210,190.07 | $73,432,480.49 | $286,436.38 | $12.50 | 0.390085% |